# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| James Williams**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:23-cv-00418-MR-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Jason Kemp, et al.**,** | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 1, 2023 Order.

September 1, 2023

Katherine Hord Simon, Clerk
United States District Court